■ DIAMOND ROOFING CO., INC., Respondent, v PCL PROPERTIES, LLC, Appellant. (Appeal No. 2.) [60 NYS3d 900]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered November 15, 2016. The order denied the motion of defendant to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.